IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| KATHLEEN JOHNSON, <br><br> Plaintiff, <br><br> vs. <br><br> GALLUP MCKINLEY COUNTY SCHOOLS, and MIKE HYATT, <br><br> Defendants, | Case No.  19-CV-0144-NF-KHR |

ORDER DISMISSING WITH PREJUDICE

On the parties' joint motion (ECF No. 35) to dismiss this case with prejudice, the parties having reached a settlement, the Court GRANTS the motion. This action is dismissed with prejudice.

Dated this 3rd day of April, 2020.

*Nancy D. Freudenthal*

NANCY D. FREUDENTHAL
UNITED STATES DISTRICT JUDGE